463 A.2d 44

Commonwealth v. Sanders, Appellant.

Argued April 26, 1983. Dennis V. Williams, for appellant; Frank J. Scutella, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., filed a memorandum concurring and dissenting statement.

463 A.2d 44

Commonwealth v. Silvers, Appellant.

Petition for Allowance of Appeal
Denied Nov. 29, 1983.

Submitted March 29, 1983. John A. Clay, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.